IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:19-cv-775-ECM |
| | ) (WO) |
| CITY OF OPELIKA, AL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 23, 2022, the Magistrate Judge entered a Recommendation (doc. 23) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's 42 U.S.C. § 1983 claims against the City of Opelika are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. the Plaintiff's 42 U.S.C. § 1983 claims against Geoff Yeager are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii);

4. the Plaintiff's 42 U.S.C. § 1983 claims against Jeffrey Tickal are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii); and

5. this case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e).

A separate Final Judgment will be entered.

DONE this 4th day of January, 2023.

            /s/ Emily C. Marks
           EMILY C. MARKS
           CHIEF UNITED STATES DISTRICT JUDGE